**Timothy Lee COLES, Plaintiff–
Appellant,**

v.

**Page TRUE, Chief Warden,
Defendant–Appellee.**

No. 06–6007.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2006.

Decided: June 9, 2006.

Timothy Lee Coles, Appellant Pro Se.

Before WILKINSON, WILLIAMS, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Timothy Lee Coles appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. See Coles v. True, No. CA–05–
218–3 (E.D. Va. filed Dec. 13, 2005 &
entered Dec. 14, 2005). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*